UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-21603-SINGHAL/McAliley

TAWANDA ROBINSON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Plaintiff's Motion for Summary Judgment and Memorandum in Support Thereof ("Plaintiff's Motion") (DE [21]) and Defendant's Motion for Summary Judgment with Supporting Memorandum of Law and Response to Plaintiff's Motion for Summary Judgment ("Defendant's Motion") (DE [24]). In this case, Plaintiff Tawanda Robinson ("Plaintiff") seeks judicial review of a final decision of the Commissioner of the Social Security Administration, which denied Plaintiff's application for disability insurance benefits and supplemental social security income under the Social Security Act, 42 U.S.C. § 401, *et seq*. *See* (Compl. (DE [1-1]), April 26, 2021).

This case was referred to the Honorable Chris McAliley, United States Magistrate Judge ("Judge McAliley"), for a ruling on all pre-trial, non-dispositive matters, and a report and recommendation on any dispositive matters, pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1. Judge McAliley issued a Report and Recommendation (DE [28]) on December 21, 2022. In the Report and Recommendation (DE [28]), Judge

McAliley recommends Plaintiff's Motion (DE [21]) be denied, Defendant's Motion (DE [24]) be granted, and the Administrative Law Judge's ("ALJ") decision be affirmed.

Parties have fourteen days to file any objections to a magistrate judge's factual findings. *See* Fed. R. Civ. P. 72(b)(2); S.D. Fla. Mag. R. 4(b). Here, no objections were filed. With no objections filed, the Court's review of the Report and Recommendation (DE [191]) is properly limited to a *de novo* review of only its legal conclusions. *See Certain Underwriters at Lloyd's of London v. PharmaTech, LLC*, 2019 WL 4673739, at *1 (M.D. Fla. Aug. 19, 2019) ("Legal conclusions are reviewed *de novo*, even in the absence of an objection."). This Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the Report and Recommendation (DE [28]) have been filed, thus, the Court reviews it for clear error. *See* Fed. R. Civ. P. 72. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation (DE [28]) is **AFFIRMED** and **ADOPTED**.
2. Plaintiff's Motion for Summary Judgment and Memorandum in Support Thereof (DE [21]) is **DENIED**.
3. Defendant's Motion for Summary Judgment with Supporting Memorandum of Law and Response to Plaintiff's Motion for Summary Judgment (DE [24]) is **GRANTED**.
4. Furthermore, the Administrative Law Judge's Decision is **AFFIRMED**.

5. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

6. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of January 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF